# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

GEICO CHOICE INSURANCE
COMPANY,

            Plaintiff,

    vs.

DAVID S. GOLDEN,

            Defendant.

**CASE NO. 2:24-CV-00602-CDS-MDC**

**[PROPOSED] ORDER GRANTING AMENDED STIPULATION AND *EX PARTE* APPLICATION TO EXTEND DEADLINE TO FILE OPPOSITION TO SUMMARY JUDGMENT MOTION AND TO MODIFY SCHEDULING ORDER.**

**Hon. Cristina D. Silva**
**Trial Date:    None Set**

## [PROPOSED] ORDER

Pursuant to the Amended Stipulation and Ex Parte Application of the parties, and good cause appearing, the Court hereby ORDERS as follows:

1.    The deadline for Defendant to file an Opposition to Plaintiff's Motion for Summary Judgment (ECF No. 23) is extended from July 2, 2025 to August 4, 2025, and it is further

ORDERED that the current Scheduling Order (ECF No. 21) is modified as follows:

2.    The deadline for filing dispositive motions is extended from September 24, 2025 to November 28, 2025.

3.    The deadline to file the Joint Pretrial Order is suspended and shall be due 30 days after the Court's ruling on the dispositive motions, or until further order of the Court.

4.    The deadline for Initial Expert Disclosures: due September 8, 2025.

5.    The deadline for Rebuttal Expert Disclosures: due September 29, 2025.

///

///

6.      All other dates and deadlines not modified herein remain in effect as set forth in the Court's Scheduling Order (ECF No. 21).

**IT IS SO ORDERED.**

_____
United States Magistrate Judge

DATED: _7-3-25_____

1